# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON FAVOR-EL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DANIEL PARAMO, Warden,<br><br>　　　　Respondent. | Case No. CV 14-4441-JGB (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.[1]

---

[1] The First Amended Petition in this matter was filed on August 25, 2014. Since then, Petitioner has attempted on numerous occasions to amend his habeas petition again, but the Magistrate Judge has denied leave to amend. The Court hereby accepts and ratifies the Magistrate Judge's decisions to deny Petitioner's motions to amend the First Amended Petition for the reasons stated in the Magistrate Judge's orders.

IT IS ORDERED that: (1) the First Amended Petition for Writ of Habeas Corpus is denied; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED: October 21, 2016

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

2