O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRANDON FAVOR-EL, | ) | Case No. CV 14-4441-JGB (JEM) |
| Petitioner, | ) | |
| | ) | **J U D G M E N T** |
| v. | ) | |
| DANIEL PARAMO, Warden, | ) | |
| Respondent. | ) | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED:  October 21, 2016

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE